IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL ROBERT ADAMS,

    Petitioner,                       No. CIV S-05-1056 RRB DAD P

    vs.

A. KANE, Warden,

    Respondent.                  ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed June 14, 2005, the court granted petitioner's application for leave to proceed in forma pauperis and dismissed his habeas petition with leave to amend.  Petitioner's motion to amend, amended petition, and proposed order to show cause are before the court.

        Petitioner's motion to amend will be denied as unnecessary because the court dismissed the original petition with leave to amend.  Petitioner's proposed order to show cause will be disregarded because this court prepares its own orders requiring responses to habeas petitions and does not set order to show cause hearings.  Since petitioner may be entitled to relief if he is able to prove a violation of his constitutional rights, respondent will be directed to file a response to petitioner's amended petition.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's June 29, 2005 motion to amend is denied as unnecessary;

2. Petitioner's June 29, 2005 proposed order to show cause will be disregarded;

3. Respondent is directed to file a response to petitioner's June 29, 2005 amended petition, consisting of the documents docketed as #6 and #7, within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to petitioner's amended petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to petitioner's amended petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter;

6. The caption of all documents subsequently filed in this action shall reflect the reassignment of this case to Judge Ralph R. Beistline by using the initials RRB DAD P following the case number; and

7. The Clerk of the Court shall serve a copy of this order together with petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, consisting of the documents docketed as #6 and #7, upon Jo Graves, Senior Assistant Attorney General.

DATED: March 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
adam1056.100am