IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ROBERT ADAMS,** | CIV S-05-1056 RRB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **BEN CURRY, Warden,** | |
| Respondent. | |

On March 30, 2007, respondent requested an enlargement of time to file a response to petitioner's third amended petition. Good cause appearing, IT IS HEREBY ORDERED that the time for the filing of respondent's response is extended to and including May 7, 2007.

DATED: April 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/adam1056.111