IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL ROBERT ADAMS,** | CIV S-05-1056 RRB DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **BEN CURRY, Warden,** | |
| Respondent. | |

Respondent has requested an enlargement of time to file a response to petitioner's application for writ of habeas corpus. Good cause appearing, IT IS HEREBY ORDERED that Respondent's April 23, 2007 request for an enlargement of time is granted, and Respondent shall file a response to petitioner's application for writ of habeas corpus on or before May 28, 2007.

DATED: April 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/adam1056.111(2)

1